JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESPINOZA HERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN, ADELANTO<br>DETENTION FACILITY, et al.,<br><br>　　　　　　Respondents. | Case No. 2:26-cv-03599-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: April 15, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE